FENNEMORE CRAIG, P.C.
Anthony W. Austin, Esq., NV Bar No. 10850
Kendall M. Lovell, Esq., NV Bar No. 15590
9275 W. Russell Rds., Suite 240
Las Vegas, NV 89148
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: aaustin@fennemorelaw.com
Email: klovell@fennemorelaw.com

*Attorneys for Plaintiffs United Natural Foods West, Inc. and United Natural Foods, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Civil Case No. 23-cv-01297-GMN |
| AFFINITY LIFESTYLES.COM, INC., | Received via Transmittal from Bankruptcy Case No. BK-S-21-14099-NMC |
| Debtor | Chapter 7 |
| UNITED NATURAL FOODS WEST, INC. and UNITED NATURAL FOODS, INC., | Adv. Pro. No. 23-01106-NMC |
| Plaintiffs, | |
| v. | Hon. Gloria M. Navarro |
| REAL WATER, INC., AFFINITY LIFESTYLES.COM, INC., REAL WATER OF TENNESSEE, LLC, SENTINEL INSURANCE COMPANY, LIMITED, GREAT AMERICAN INSURANCE GROUP, PEERLESS INDEMNITY INSURANCE COMPANY, WEST AMERICAN INSURANCE COMPANY, and OHIO SECURITY INSURANCE COMPANY, | |
| Defendants. | |

**DECLARATION OF JOSHUA Q. JAMIESON
IN SUPPORT OF PLAINTIFFS' MOTION TO CONSOLIDATE
RELATED PROCEEDINGS AND ESTABLISH COMBINED BRIEFING
SCHEDULE, OR, IN THE ALTERNATIVE, TO STRIKE UNSERVED PAPERS**

I, Joshua Q. Jamieson, hereby declare as follows:

1. I am over the age of 18 and mentally competent. Except where stated on information and belief, I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so.

2. I make this declaration in support of the Plaintiffs' Motion to Consolidate Related Proceedings and Establish Combined Briefing Schedule, or, in the Alternative, to Strike Unserved Pleadings ("Motion").

3. All defined terms herein, unless otherwise noted, shall have the meanings ascribed to them in the Motion.

4. I am counsel of record for Plaintiffs United Natural Foods, Inc., and United Natural Foods West, Inc. (together, "UNFI") in the above-captioned adversary proceeding ("AVP").

5. I am an attorney licensed to practice law in the State of California and in the District of Columbia, and I have been admitted to practice and appear *pro hac vice* in the U.S. Bankruptcy Court for the District of Nevada in connection with the AVP.

6. On or about August 16, 2023, I contacted the clerk's office for the Bankruptcy Court ("Clerk's Office") to inquire as to whether the Sentinel Motion had yet been docketed in the District Court, given that the Sentinel Transmittal appeared only to refer to a previous, unrelated motion to withdraw the bankruptcy reference. The representative of the Clerk's Office informed me that the case number set forth in the Sentinel Transmittal was, as suggested, merely a reference to previous withdrawal of the reference motions filed in connection with the Main Case, and that a subsequent notice would be entered in the AVP when a District Court case number was assigned to the Sentinel Motion.

7. On or about September 28, 2023, counsel for Liberty sent an email ("September 28 Email") notifying UNFI that the Liberty Motion had been docketed in the district Court and attaching courtesy copies of the Liberty Motion as docketed (which reflected that the Liberty Proceeding had been assigned to the case number 23-cv-00756). The September 28 Email was the first indication that the Sentinel and Liberty Motions had been docketed in the District Court without a corresponding entry in the Bankruptcy Court or any other notice being provided to UNFI.

8. On information and belief, other than the September 28 Email, UNFI received no

formal or informal notice regarding the pendency of the Sentinel and Liberty Proceedings.

9. On information and belief, UNFI has not been formally served with the Sentinel or Liberty Motions, as docketed in the District Court.

10. On or about October 2, 2023, counsel for UNFI reached out to counsel for Liberty to inquire as to whether the latter was amenable to entering a three-way stipulation with Sentinel to consolidate the briefing for the Liberty and Sentinel Motions, but UNFI has not received a response.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  October 5, 2023

/s/ *Joshua Q. Jamieson*
Joshua Q. Jamieson

**CERTIFICATE OF SERVICE**

I hereby certify this document filed through the ECF system was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), (2) was sent by email to Jason A. Benkner at jbenkner@pooleshaffery.com; Bart K. Larsen at blarsen@shea.law; Louis M. Buballa III at lbubala@kcnvlaw.com; and Daniel B. Heidtke at dbheidtke@duanemorris.com; and (3) was sent by first-class mail to the following parties on October 5, 2023.

/s/     Gidget Kelsey

Sentinel Insurance Company, Limited
c/o Louis M. Bubala, III
Kaempfer Crowell
50 W. Liberty St., Ste 700
Reno, NV 89501

1  Ohio Security Insurance Company;
   Peerless Indemnity Insurance Company;
2  West American Insurance Company;
   c/o Dominica C. Anderson
3  100 North City Parkway, Suite 1560
4  Las Vegas, NV 89106

5  Great American Insurance Group
   c/o Bart K. Larsen
6  Shea Larsen PC
7  1731 Village Ctr Cr, Ste 150
   Las Vegas, NV 89134
8
   Real Water of Tennessee, LLC
9  c/o Jason A. Benkner
   Poole Shaffery, LLP
10 25350 Magic Mountain Parkway
   2nd Floor
11 Santa Clarita, CA 91355
12
   AFFINITYLIFESTYLES.COM, INC.
13 Real Water, Inc.
   Real Water of Tennessee, LLC
14 c/o Brent Jones
   18603 Legend Oaks Dr.
15 Magnolia, TX 77355

16

17

18

19

20

21

22

23

24

25

26

27

28

4